## Post Petition Payment History

| Due Date  | Amount Due | Late Charges | Date Received | Amnt Received | Notes |
|-----------|------------|--------------|---------------|---------------|-------|
| 9/1/2012  | $1,579.80  |              | 10/3/2012     | $1,579.80     |       |
| 10/1/2012 | $1,579.80  |              |               |               |       |
| 11/1/2012 | $1,740.94  |              |               |               |       |
| 12/1/2012 | $1,740.94  |              |               |               |       |
| 1/1/2013  | $1,740.94  |              |               |               |       |
| 2/1/2013  | $1,740.94  |              |               |               |       |
| 3/1/2013  | $1,740.94  |              |               |               |       |
| 4/1/2013  | $2,391.90  |              |               |               |       |
| 5/1/2013  | $2,391.90  |              |               |               |       |
| 6/1/2013  | $2,391.90  |              |               |               |       |
| 7/1/2013  | $2,391.90  |              |               |               |       |