**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No: 12-47431 |
| Marvin O. Teer, Jr., | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | |

## MOTION TO DISMISS

COMES NOW, Debtors, by and through his attorney of record, Andrew A. Westerfeld, and requests that his case be voluntarily dismissed.

Tierney & Westerfeld, LC

/s/ Andrew A. Westerfeld 61123MO
1234 Jungermann Road
St. Peters, MO 63376
Telephone: 636-447-4456
Fax: 636-447-4472
andrew@tierneyandwesterfeld.com